**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| EVC CODEC TECHNOLOGIES, LLC,<br><br>*Plaintiff*,<br>v.<br><br>HUAWEI DEVICE (SHENZHEN) CO., LTD. AND HUAWEI (DONGGUAN) DEVICE CO., LTD,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:26-CV-00183-JRG |

**ORDER**

Before the Court is Plaintiff's Notice of Voluntary Dismissal (the "Notice") filed by Plaintiff EVS Codec Technologies, LLC ("Plaintiff"). (Dkt. No. 33). In the Notice, Plaintiff voluntarily dismisses the above-captioned case against Defendants Huawei Device (Shenzhen) Co., Ltd. and Huawei Device (Dongguan) Co., Ltd. (together, "Defendants") without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (*Id.* at 1). Defendants have not yet answered the Complaint or moved for summary judgment. (*Id.*).

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief not explicitly granted herein are **DENIED AS MOOT**.

As there are no remaining live disputes in this matter, the Clerk of Court is directed to **CLOSE** Case No. 2:26-cv-00183-JRG.

**So ORDERED and SIGNED this 20th day of November, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE